IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DENZEL LEE**                                                                       **PETITIONER**

**V.**                                                             **CAUSE NO. 3:22-CV-235-CWR-LGI**

**WARDEN,** *FCI Yazoo City - Medium*                         **RESPONDENT**

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was issued on September 29, 2023. Docket No. 9. The Report and Recommendation notified the parties that failure to file written objections to its findings and recommendations within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, this § 2241 petition is dismissed for failure to exhaust administrative remedies. A separate Final Judgment will issue.

**SO ORDERED**, this the 5th day of December, 2023.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE